**United States District Court**
For the Northern District of California

1

2　　　　　　　　　　UNITED STATES DISTRICT COURT

3　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

4

5　MARIE MINICHINO,　　　　　　　　　No. C-11-05185 (DMR)

6　　　　　　Plaintiff(s),　　　　　　　**ORDER TO SHOW CAUSE**

7　　　v.

8　FIRST CA REALTY,

9　　　　　　Defendant(s).

10　‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗/

11　　　　Plaintiff Marie Minichino filed this case, along with an application to proceed *in forma*

12　*pauperis*, on October 24, 2011.  [Docket Nos. 1, 3.]  The court granted the application three days

13　later.  [Docket No. 5.]  On November 30, 2011, the Federal Marshals attempted to serve the

14　summons on Defendants.  However, they could not, because Plaintiff provided the Court with

15　incorrect addresses.  [Docket Nos. 8-10.]  Two days later, the Court sent Plaintiff a letter asking her

16　to provide correct addresses.  [Docket No. 11.]  Plaintiff did not respond.  Plaintiff failed to submit

17　her case management statement on February 1, 2012 and did not appear at the case management

18　conference the following week.

19　　　　Accordingly, the court hereby ORDERS Plaintiff to SHOW CAUSE no later than February

20　21, 2012 why the court should not dismiss this case for failure to prosecute.  Plaintiff shall show

21　cause by submitting a written statement to the Court explaining why she has repeatedly failed to

22　participate in the case.  If Plaintiff fails to submit a timely response, the court will dismiss the action.

23

24　　　　IT IS SO ORDERED.

25

26　Dated: February 8, 2012

27

28　　
　　DONNA M. RYU
　　United States Magistrate Judge