UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MINICHINO, | No. C-11-05185 (DMR) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| FIRST CA REALTY, | |
| Defendant(s). | |

Plaintiff Marie Minichino filed this case, along with an application to proceed *in forma pauperis*, on October 24, 2011. [Docket Nos. 1, 3.] The court granted the application three days later. [Docket No. 5.] On November 30, 2011, the Federal Marshals attempted to serve the summons on Defendants. However, they could not, because Plaintiff provided the Court with incorrect addresses. [Docket Nos. 8-10.] Two days later, the Court sent Plaintiff a letter asking her to provide correct addresses. [Docket No. 11.] Plaintiff did not respond. Plaintiff failed to submit her case management statement on February 1, 2012 and did not appear at the case management conference the following week.

Accordingly, the court hereby ORDERS Plaintiff to SHOW CAUSE no later than February 21, 2012 why the court should not dismiss this case for failure to prosecute. Plaintiff shall show cause by submitting a written statement to the Court explaining why she has repeatedly failed to participate in the case. If Plaintiff fails to submit a timely response, the court will dismiss the action.

IT IS SO ORDERED.

Dated: February 8, 2012



DONNA M. RYU
United States Magistrate Judge