UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE MINICHINO,

    Plaintiff(s),

v.

FIRST CA REALTY,

    Defendant(s).
_____/

No. C-11-05185 DMR

**ORDER TO SHOW CAUSE**

On April 10, 2012, the court lifted the stay previously in place in this action. [Docket No. 19.] The court concurrently ordered Plaintiff, who is proceeding *pro se* and *in forma pauperis*, to provide the Court with the contact information for the defendants, who have not been served. [Docket No. 19.] Plaintiff has not responded.

The court hereby ORDERS Plaintiff TO SHOW CAUSE by May 14, 2012 as to why the court should not dismiss her case for failure to prosecute.

IT IS SO ORDERED.

Dated: April 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge