UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE MINICHINO,

        Plaintiff(s),

   v.

FIRST CA REALTY,

        Defendant(s).
_____/

No. C-11-05185 (DMR)

**ORDER REOPENING CASE**

On May 16, 2012, the court dismissed this case for failure to prosecute. [Docket No. 23.] Shortly thereafter, however, the Court docketed an apparently timely response to the court's April 30, 2012 order to show cause. [*See* Docket No. 25.] The court does not find persuasive Plaintiff's excuses for having repeatedly failed to provide the defendants' addresses so that they may be served. Nevertheless, in an excess of caution, and because Plaintiff is proceeding *pro se*, the court strikes its previous order dismissing the case and ORDERS the action reopened.

The court warns Plaintiff that any future delays or failures to comply with court orders may result in the dismissal of her case.

IT IS SO ORDERED.

Dated: May 16, 2012



_____
DONNA M. RYU
United States Magistrate Judge