UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE MINICHINO,

    Plaintiff(s),

v.

FIRST CA REALTY,

    Defendant(s).
_____/

No. C-11-05185 (DMR)

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **August 22, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **August 15, 2012.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: June 21, 2012

_____
Donna M. Ryu
United States Magistrate Judge