UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MINICHINO,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>FIRST CA REALTY,<br><br>　　　　Defendant(s).<br>_____ / | No. C-11-05185 (DMR)<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **August 22, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **August 15, 2012.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: June 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge