UNITED STATES DISTRICT COURT

Northern District of California

FIRST CALIFORNIA REALTY,

                Plaintiff,

   v.

MARIE MINICHINO,

                Defendant.
    _____/

No. C 12-03965 MEJ

**ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Edward M. Chen for the purpose of considering whether it is related to the following case: *Marie Minichino v. First California Realty, et al.*, C-11-5185 EMC.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge