UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FIRST CALIFORNIA REALTY, | No. C 12-03965 MEJ |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| MARIE MINICHINO, | |
| Defendant. | |
| _____/ | |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Edward M. Chen for the purpose of considering whether it is related to the following case: *Marie Minichino v. First California Realty, et al.*, C-11-5185 EMC.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge